JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| LORI ANN BARRY,              ) | Case No. EDCV 11-01657-MLG |
| )  Plaintiff,      )           | JUDGMENT |
| v.                           ) | |
| MICHAEL J. ASTRUE,           ) Commissioner of the           ) Social Security Administration, ) | |
| )  Defendant.     ) | |

IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED:  May 18, 2012

_____
MARC L. GOLDMAN
United States Magistrate Judge